PHILLIP A. TALBERT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:92-CR-05028-DAD |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR DISMISSAL OF SUPERSEDING INDICTMENT, AND ORDER THEREON. |
| v. | |
| SALVADOR GONZALEZ (10), and JOSE PONCE NAVARRO (12), | |
| Defendants. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Superseding Indictment filed on December 6, 1991, against only the above-named defendants. The above-named defendants have been fugitives since December 6, 1991, and are believed by the Department of Homeland Security to be at unknown locations in Mexico. The Department of Homeland Security contacted the U.S. Attorney's Office on January 24, 2017, and requested the filing of this motion. The Department of Homeland Security also requests that the arrest warrants issued on December 6, 1991, for the above-named defendants be recalled.

Dated: January 25, 2017                    PHILLIP A. TALBERT
                                           United States Attorney

                                           By: /s/ DAWRENCE W. RICE, JR.
                                                DAWRENCE W. RICE, JR.
                                                Assistant United States Attorney

///

ORDER

IT IS ORDERED that the Superseding Indictment in 1:92-CR-5028 DAD as to defendants SALVADOR GONZALEZ (10) and JOSE PONCE NAVARRO (12) only, is dismissed in the interest of justice, and that the arrest warrants issued for defendants SALVADOR GONZALEZ (10) and JOSE PONCE NAVARRO (12) in this case are recalled.

IT IS SO ORDERED.

Dated:   **January 29, 2017**

_____
UNITED STATES DISTRICT JUDGE